UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS INC,

              Plaintiff,

    v.

VALLEY PUMP INC,

              Defendant.

CASE NO. 2:20-cv-01343-BAT

**ORDER GRANTING FEES, COST, AND UPDATED INTEREST**

On August 2, 2021, the Court granted Plaintiff Northwest Administrators, Inc.'s motion for summary judgment (Dkt. 11) against Defendant Valley Pump, Inc. for delinquent contributions, liquidated damages, and interest (through June 15, 2021). *Id.*, p. 19. The Court further ordered that Northwest is entitled to its reasonable attorney fees and costs and directed Northwest to file a motion setting out its attorney fees, costs, and accrued interest. *Id.*

On August 10, 2021, Plaintiff filed a motion for attorneys' fees, costs, and updated interest. Dkt. 17. Defendant filed no response to the motion.

Having thoroughly considered the motion and relevant record, the Court concludes that Plaintiff has met its burden regarding its fees, including those of its legal or office assistants. *See Jordan v. Multnomah Cnty.*, 815 F.2d 1258, 1263 (9th Cir. 1987). The Court has previously approved the rates, *see Nw. Adm'rs, Inc. v. Kitsap Ready Mix, Inc.*, No. C10-0448-RSL (W.D. Wash. Dec. 1, 2010).

ORDER GRANTING FEES, COST, AND
UPDATED INTEREST - 1

It is therefore, **ORDERED** that Plaintiff's Motion for Attorneys' Fees, Costs, and updated interest (Dkt. 17) is **GRANTED**; a final judgment entered in favor of Plaintiff shall include Plaintiff's attorneys' fees, costs, and interest as follows:

| | |
|---|---|
| Attorney Fees: | $21,534.20 |
| Costs | $504.32 |
| Interest from 06/15/21 – 09/15/21 | $82,467.23 ($23,938.86 owed to the WCTPT; $55,100.92 owed to the WATWT; and $3,427.45 to the RWT). |

DATED this 7th day of September, 2021.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING FEES, COST, AND
UPDATED INTEREST - 2